# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

**January 29, 2016**

| CAAP–14–0001067 | State v. Ohashi | Vacated and Remanded |
|---|---|---|

**March 11, 2016**

| CAAP–14–0001357 | State v. Spinelli | Vacated and Remanded |
|---|---|---|

**March 16, 2016**

| CAAP–15–0000005 | Bank of America, N.A. v. Reyes-Toledo | Affirmed |
|---|---|---|

**March 22, 2016**

| CAAP–15–0000317 | State v. Reyes | Vacated and Remanded |
|---|---|---|

**March 23, 2016**

| CAAP–14–0001125 | Peak Capital Group, LLC v. Perez | Affirmed |
|---|---|---|

**March 30, 2016**

| CAAP–15–0000408 | Villanueva v. State | Affirmed |
|---|---|---|

**March 31, 2016**

| CAAP–15–0000352 | Bank of America, N.A. v. Thede | Affirmed |
|---|---|---|
| CAAP–15–0000348 | GP v. LP | Affirmed |